(135 So. 926)

Ned RYAN v. STATE.
8 Div. 403.

Court of Appeals of Alabama.
June 9, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 924)

Collie SANDERS v. CITY OF HUNTS-
VILLE.
8 Div. 284.

Court of Appeals of Alabama.
Jan. 22, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(132 So. 924)

O. S. SANDERSON v. STATE.
8 Div. 244.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Affirmed.

(136 So. 926)

D. W. SANDLIN v. CITY OF BIRMINGHAM.
6 Div. 802.

Court of Appeals of Alabama.
Aug. 4, 1931.

See, also, ante, p. 462, 136 So. 481.

BRICKEN, P. J.
Affirmed.

(133 So. 926)

Luther SANFORD v. STATE.
6 Div. 14.

Court of Appeals of Alabama.
March 20, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(129 So. 925)

Charlie B. SAVAGE v. STATE.
8 Div. 55.

Court of Appeals of Alabama.
June 17, 1930.

BRICKEN, P. J.
Affirmed.

(132 So. 924)

Judge SAWERS v. STATE.
8 Div. 201.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(137 So. 925)

Belt SCRUGGS v. John SPEER.
5 Div. 857.

Court of Appeals of Alabama.
Nov. 24, 1931.

Felix L. Smith, of Rockford, for appellant.
John A. Darden, of Goodwater, for appellee.

BRICKEN, P. J.
Affirmed.